IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES MITCHELL                                                                    PLAINTIFF

V.                              CASE NO. 3:17-CV-00131 KGB/BD

SUSAN COX, et al.                                                                DEFENDANTS

**RECOMMENDED DISPOSITION**

I.   **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion:**

Plaintiff James Mitchell filed this case without the help of a lawyer while he was detained at the Poinsett County Detention Center ("Detention Center"). In his complaint, he claimed that Defendants were deliberately indifferent to his serious medical needs by failing to take him to his own doctor for shoulder surgery and by failing to provide him medications. (Docket entry #2)

Mr. Mitchell's complaint did not include enough facts to proceed as submitted. For example, he did not allege: what the medical condition he suffered from; what

medications he did not receive; how long he was denied medication; and what injury he suffered as a result of the denial of his medications.

Instead of recommending dismissal of the complaint, the Court ordered Mr. Mitchell to file an amended complaint within 30 days of May 30, 2017, to add critical information that was missing from his complaint. (#4) To date, Mr. Mitchell has failed to file an amended complaint, as required by the May 30, 2017 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Mitchell that his claims could be dismissed if he failed to comply with the Court's Order.  (#4)

### III.  Conclusion:

The Court recommends that Mr. Mitchell's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 30, 2017 Order.

DATED this 6th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE