# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES MITCHELL                                                                        PLAINTIFF

v.                          Case No: 3:17-cv-00131 KGB/BD

SUSAN COX; *et al.*                                                  DEFENDANTS

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 5). On May 30, 2017, Judge Deere ordered plaintiff James Mitchell to file an amended complaint containing additional factual allegations (Dkt. No. 4). Judge Deere recommends the dismissal of Mr. Mitchell's complaint for lack of prosecution because Mr. Mitchell did not file an amended complaint within 30 days of her Order directing him to do so (Dkt. No. 5).

Mr. Mitchell filed objections to Judge Deere's Recommended Disposition (Dkt. No. 6). His objections do not respond to the deficiencies in his complaint identified in Judge Deere's previous Order. Mr. Mitchell submitted another document for the Court to review (Dkt. No. 7). This document is not an amended complaint, and it also does not correct the deficiencies in his complaint.

Therefore, after careful review of the Recommended Disposition, Mr. Mitchell's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5). Mr. Mitchell's lawsuit is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this the 4th day of August, 2017.

_____
Kristine G. Baker
United States District Judge