IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES MITCHELL                                                              PLAINTIFF

v.                          Case No: 3:17-cv-00131 KGB/BD

SUSAN COX; *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 4th day of August, 2017.

                                           Kristine G. Baker
                                           United States District Judge